Case 1:16-cr-00481-WFK   Document 4   Filed 09/22/16   Page 1 of 2 PageID #: 6

GMP:BGK:KKO
F. #2012R00539

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

WILLIAM D. MERSEY,
    also known as "Dollar Bill,"

                   Defendant.

- - - - - - - - - - - - - - - - X

INFORMATION

Cr. No. 1:16cr481-(WFK)
(T. 18, U.S.C., §§ 3551 et seq.; T. 26, U.S.C., § 7206(1))

THE UNITED STATES ATTORNEY CHARGES:

<p style="text-align:center"><u>COUNTS ONE THROUGH THREE</u><br/>(Willfully Filing A False Tax Return)</p>

On or about the dates set forth below, within the Eastern District of New York and elsewhere, the defendant WILLIAM D. MERSEY, also known as "Dollar Bill," did willfully make and subscribe U.S. Individual Income Tax Returns, Forms 1040, for the tax years listed below, which were verified by written declaration that they were made under the penalties of perjury and which were filed with the Internal Revenue Service Center at Andover, Massachusetts, which tax returns the defendant did not believe to be true and correct as to every material matter, in that the returns stated at Line 22 that the defendant received total income in the amounts identified below, whereas, as the defendant then and there well knew and believed, he received materially more than he reported:



| COUNT | TAX YEAR | APPROXIMATE FILING DATE | FALSE ITEM |
|---|---|---|---|
| 1 | 2010 | March 28, 2011 | Form 1040 – Total Income – Line 22, $23,334 |
| 2 | 2011 | April 2, 2012 | Form 1040 – Total Income – Line 22, $17,564 |
| 3 | 2012 | March 29, 2013 | Form 1040 – Total Income – Line 22, $12,539 |

(Title 26, United States Code, Section 7206(1); Title 18, United States Code, Sections 3551 et seq.)

_____

ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2