AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM D. MERSEY,<br>also known as "Dollar Bill,"<br>*Defendant* | Case No.   16-481(WFK) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/22/16

*Defendant's signature*

*Signature of defendant's attorney*

Michael Weinstein
*Printed name of defendant's attorney*

s/ WFK

*Judge's signature*

William F. Kuntz, II
*Judge's printed name and title*

