# CRIMINAL MINUTE CALENDAR

**BEFORE JUDGE**:_____   **DATE:**_____

**DOCKET NUMBER**:_____   **CASE TITLE**:_____

**TOTAL TIME IN COURT**:_____Hours_____Minutes

**DEFENDANTS NAME**_____DEFENDANT #_____

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____DEFENDANT #_____

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____DEFENDANT #_____

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____DEFENDANT #_____

**DEFENSE COUNSEL**_____

**A.U.S.A**._____**Pretrial Officer**_____

**Probation Officer**_____**Other**_____

**Case Manager/Magistrate Clerical**_____

**Court Reporter/ESR Operator**_____ **Tape Log**_____

**Interpreter**_____**language**_____

**Type of Hearing**

_____   Contested   Non Evidentiary

_____   Contested   Non Evidentiary

_____   Contested   Non Evidentiary

_____   Contested   Non Evidentiary

Hearing            Began            Held

**SHOULD THIS CALENDAR BE SEALED?**    Yes    No

Next Scheduled Hearing

_____(*Type of Hearing*) scheduled before

Judge/Magistrate Judge_____

on _____(*Date*) at_____(*Time*) in Courtroom _____.

**EXCLUDABLE DELAY CODE TYPE:**_____

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START:**   _____

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:**   _____
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

**Do these minutes contain ruling(s) on Motion(s)?**        Yes            No

**Motion(s) Type and Document # of Motion Ruled On:**

Motion to/for_____    DE    Decision_____

Motion to/for_____    DE    Decision_____

Motion to/for_____    DE    Decision_____

Motion to/for_____    DE    Decision_____

**TEXT**:

**Appearance Continuation Sheet**

**DEFENDANTS NAME**_____**DEFENDANT #**_____

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____**DEFENDANT #**_____

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____**DEFENDANT #**_____

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____**DEFENDANT #**_____

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____**DEFENDANT #**_____

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____**DEFENDANT #**_____

**DEFENSE COUNSEL**_____

**DEFENDANTS NAME**_____**DEFENDANT #**_____

**DEFENSE COUNSEL**_____