UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    -against-

WILLIAM MERSEY,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SATISFACTION OF JUDGMENT

Criminal Docket
No. CR-16-0481

(Kuntz, J.)

  WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $691,873.58, that is, restitution in the amount of $686,773.58, a fine in the amount of $5,000.00, and a special assessment in the amount of $100.00, on October 31, 2018, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on November 19, 2018; and

  WHEREAS, said judgment has been fully paid as to the defendant WILLIAM MERSEY;

  THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant WILLIAM MERSEY.

Dated:  Brooklyn, New York
     February 14, 2019

                RICHARD P. DONOGHUE
                United States Attorney
                Eastern District of New York
                271 Cadman Plaza East, 8th Fl.
                Brooklyn, New York 11201

          By:  /s/
             BETH P. SCHWARTZ
             Assistant U.S. Attorney
             (718) 254-6017